UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60292-CIV-ALTONAGA/Turnoff



F & G RESEARCH, INC.,

    Plaintiff,

vs.

PATEN WIRELESS TECHNOLOGY,
INC.,

    Defendant.
_____/

### FINAL JUDGMENT

**THIS CAUSE** came before the Court on the Order Granting Default Final Judgment for Permanent Injunctive Relief and Damages [D.E. 17]. Pursuant to Fed. R. Civ. P. 58, it is **ORDERED AND ADJUDGED** as follows:

(1) Judgment is entered in favor of Plaintiff, F&G Research, Inc., and against Defendant, Paten Wireless Technology, Inc.

(2) Plaintiff shall recover from Defendant, **$5,760,000** in damages for which sum let execution issue.

(3) The Court reserves jurisdiction to award Plaintiff further damages and attorney's fees and costs.

(4) The Clerk of the Court is instructed to close the case.

CASE NO. 06-60292-CIV-ALTONAGA/Turnoff

**DONE AND ORDERED** in Chambers at Miami, Florida this _19_ day of June, 2006.

*Cecilia M. Altonaga*
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff
Counsel of record